AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Idaho

| | |
|---|---|
| Rachel Staples<br><br>*Plaintiff(s)*<br>v.<br>Outsource Receivables Management,<br>Chris Green<br>Keith Reimer<br>Sterling Savings Bank-PC<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 4:12-cv-00014-BLW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Sterling Savings Bank-PC
111 NORTH WALL STREET
SPOKANE, WA 99201-0696

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Troy Rasmussen, Attorney At Law, PLLC
127 East Main Street, Ste. A-2
P.O. Box 818
Rexburg, Idaho 83440

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/22/2013



United States Courts
District of Idaho

**ISSUED**

*Carrie McMahan*
*on Oct 22, 2013 2:12 pm*