UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

RACHEL STAPLES,

                Plaintiff,

v.

OUTSOURCE RECEIVABLES
MANAGEMENT,

                Defendant.

Case No.4:12-cv-00014-BLW

**MEMORANDUM DECISION AND
ORDER**

The Court has before it Plaintiff's Motion to Amend the Complaint (Dkt. 26).
Plaintiff asks to file an amended complaint adding state law claims. Federal Rule of Civil
Procedure 15(a)(1) allows a party amend her pleading once as a matter of course within
21 days after serving it. It is not patently clear when the complaint was served, but it
appears the motion to amend was filed within 15 days.

Regardless, even where the motion to amend is filed outside the 21 days, the Court
"should give leave when justice so requires." Fed. R. Civ. P. 15(2). Here, defendant
objects to the amendment in a very brief response, making essentially only a blanket
assertion that the plaintiff lacks jurisdiction over the state law claims and lacks
jurisdiction under 28 U.S.C. 1337. This is insufficient for the Court to adequately address

the argument. Accordingly, the Court finds that justice requires granting the motion. The

jurisdiction issue can be better addressed on a motion to dismiss if the defendant wishes

to pursue the argument.

**ORDER**

**NOW THEREFORE IT IS HEREBY ORDERED:**

1) Plaintiff's Motion to Amend The Complaint (Dkt. 26) is **GRANTED**. The

   Amended Complaint attached to the motion to amend is deemed filed as of

   the date of this Order.



DATED: January 21, 2014

B. Lynn Winmill
Chief Judge
United States District Court

**ORDER - 2**