IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF THE STATE OF IDAHO

| | |
|---|---|
| RACHEL STAPLES, ) | |
| ) | CASE NO. 4:12-cv-14-BLW |
| Plaintiff, ) | |
| vs. ) | |
| ) | ORDER OF DISMISSAL |
| OUTSOURSE RECEIVABLES ) | REGARDING DEFENDANTS |
| MANAGEMENT, CHRIS GREEN ) | OUTSOURCE RECEIVABLES |
| KEITH REIMER, AND STERLING ) | MANAGEMENT, CHRIS GREEN |
| SAVINGS BANK-PC, ) | and KEITH REIMER |
| ) | |
| Defendants. ) | |

THIS MATTER having come before the Court pursuant to a Stipulation by the Plaintiff, RACHEL STAPLES and the Defendants, OUTSOURCE RECEIVABLES MANAGEMENT, CHIRS GREEN, and KEITH REIMER, to stipulate and agree to jointly move the Court for an order to dismiss with prejudice the claims of Plaintiff against Defendants Outsource Receivables Management, Chris Green and Keith Reimer, with each party to bear their own costs and fees.

Upon review of the file, the stipulation of the parties, and good cause appearing, this case is dismissed with prejudice, with all parties to pay their own fees and costs.



DATED: July 24, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court