# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE DISTRICT OF THE STATE OF IDAHO

|  |  |
|---|---|
| RACHEL STAPLES, ) ) Plaintiff, ) vs. ) ) OUTSOURSE RECEIVABLES ) MANAGEMENT, CHRIS GREEN ) KEITH REIMER, AND STERLING ) SAVINGS BANK-PC, ) ) Defendants. ) ) | CASE NO. 4:12-cv-14-BLW JUDGMENT |

In accordance with the Order issued concurrently herewith,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered and that this case be dismissed in its entirety, with prejudice, with each party bearing its own costs and attorney fees.



DATED: July 24, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court